IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
SOUTHERN DIVISION

| | |
|---|---|
| AUTO-OWNERS INSURANCE COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 1:17-CV-83 |
| | ) |
| LANCE DAVIDSON d/b/a | ) |
| DAVIDSON CONTRACTORS, LLC, | ) |
| DAVIDSON CONTRACTORS, LLC, | ) |
| JUSTIN ANTHONY GALLAGHER, | ) |
| MELISSA MARIE GALLAGHER, and | ) |
| JOHN MASON, | ) |
| | ) |
| Defendants. | ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

COMES NOW Plaintiff Auto-Owners Insurance Company ("Auto-Owners"), and Defendants Justin Anthony Gallagher and Melissa Marie Gallagher (the "Gallaghers"), by and through counsel, and respectfully stipulate to the dismissal of this action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Defendants Lance Davidson d/b/a Davidson Contractors, LLC, Davidson Contractors, LLC, and John Mason have not appeared in this action. This stipulation of dismissal with prejudice concludes this case.

Respectfully submitted this 25th day of February, 2019.

WOOLF, McCLANE, BRIGHT,
   ALLEN & CARPENTER, PLLC

By:s/   Dean T. Howell, Esq.
   Howard E. Jarvis BPR 006673
   Dean T. Howell BPR 022130
Post Office Box 900
Knoxville, Tennessee  37901-0900
(865) 215-1000
(865) 215-1001 (fax)
jarvish@wmbac.com
dhowell@wmbac.com

*Attorneys for Plaintiff Auto-Owners Insurance Company*



HUSCH BLACKWELL, LLP

By:s/*Samantha A. Lunn by permission DTH*
   Samantha A. Lunn  BPR 030473
   Ariel M. Anthony  BPR 034125
736 Georgia Avenue, Suite 300
Chattanooga, TN  37402
(423) 266-5500
(423) 266-5499 (fax)
samantha.lunn@huschblackwell.com
ariel.anthony@huschblackwell.com

*Attorneys for Defendants Justin Gallagher and Melissa Gallagher*

2

# CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

> Lance Davidson d/b/a
> Davidson Contractors, LLC
> 392 Thornton Road
> Lafayette, GA   30728
>
> Lance Davidson d/b/a
> Davidson Contractors, LLC
> 282 East Nickajack Road
> Lookout Mountain, GA   30750
>
> John Mason
> 97 Haggard Road
> Ringgold, GA   30736
>
> Davidson Contractors, LLC
> c/o Kyle R. Weems, Registered Agent
> 1007 Altamount Road
> Chattanooga, TN   37415

s/ Dean T. Howell, Esq.

Dean T. Howell, Esq., BPR 022130

WOOLF, McCLANE, BRIGHT,
  ALLEN & CARPENTER, PLLC
Post Office Box 900
Knoxville, Tennessee  37901-0900
(865) 215-1000